UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEKIB BEN CHIKH,

            Plaintiff,

– against –

SH WINE & LIQUORS INC., PUNEET WALIA, and KUNAL WALIA,

            Defendants.

**ORDER**

20 Civ. 02526 (ER)

Ramos, D.J.:

    On November 5, 2020 the Mediator reported to the Clerk that a court-ordered mediation in this case was held and agreement was reached on all issues. Dkt. 21. Accordingly, the parties are instructed to submit a proposed settlement agreement for Court's approval, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than Monday, November 30, 2020.

It is SO ORDERED.

Dated:   November 6, 2020
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.