# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　　　　Web: www.abdulhassan.com

November 30, 2020

**Via ECF**

Hon. Edgardo Ramos, USDJ
Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
500 Pearl Street, Courtroom 11C
New York, NY 10007

**MEMO ENDORSED**

<u>**Re: Ben Chikh v. World of Wine Inc. et al**</u>
Case No. 20-CV-02526 (ER)(SDA)
Motion for Settlement Approval

Dear Judge Ramos/Magistrate-Judge Aaron:

　　My firm represents plaintiff Chekib Ben Chikh ("Plaintiff" or "Ben Chikh") in the above-referenced action, and I respectfully write to request a brief one-week extension of the November 30, 2020 deadline for plaintiff to submit a motion for settlement approval. This request is being made because some additional time is needed to arrange for signatures. No prior request for an extension of this deadline was made.

　　We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:　　Defense Counsel via ECF

---

The parties are directed to submit their motion for settlement approval by no later than December 7, 2020.  SO ORDERED.

The application is  _X_  granted
　　　　　　　　　　 ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 12/1/2020
New York, New York

1